IN THE UNITED STATES DISTRICT COURT
FOR THE DISIRICT OF COLUMBIA

| | |
|---|---|
| **TAMOOR SHAFI**<br>904 Syndenham Lane,<br>Milton, ON L9T 8J4<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**UNITED STATES CUSTOMS AND<br>BORDER PROTECTION**<br>90 K Street, NW, 9th Floor<br>Mail Stop 1181<br>Washington, DC 20229-1181<br><br><br>　　　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)　C/A No. 1:25-cv-1618<br>)<br>)<br>)　**FREEDOM OF INFORMATION ACT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

1.	Plaintiff, Tamoor Shafi ("Mr. Shafi"), seeks an order to compel the release of records requested under the Freedom of Information Act ("FOIA"). 5 U.S.C. § 552.

2.	On July 21, 2023, Mr. Shafi electronically submitted a FOIA request to Defendant, United States Customs and Border Protection ("CBP").

3.	Mr. Shafi was assigned the following case number, **CBP-FO-2023-112407**.

4.	Defendant failed to timely respond within the statutorily prescribed time thirty-day period. 5 U.S.C. §§ 552(a)(6)(A)(i); 552(a)(6)(B).

5.	Mr. Shafi thus seeks an order from this Court to compel the immediate production of agency records pertaining to the FOIA request.

**PARTIES**

6.	Plaintiff Mr. Tamoor Shafi is a citizen and national of Pakistan. Mr. Tamoor Shafi resides in Milton, Ontario.

1

7. Defendant, United States Customs and Border Protection, is a component of the Department of Homeland Security. As the United States' first unified border entity, CBP takes a comprehensive approach to border management and control, combining customs, immigration, border security, and agricultural protection into one coordinated and supportive activity.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction over this action and personal jurisdiction over Defendant under FOIA, 5 U.S.C. §§ 552(a)(4)(B), 552(a)(6)(E)(iii).

9. The Court also has federal-question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

10. Venue lies in this district under 5 U.S.C. § 552(a)(4)(B) because the agency records at issue remain in control of the defendants with FOIA offices within the District of Columbia. Further, the statute authorizes filing a civil action in this Court.

## STATUTORY FRAMEWORK

11. FOIA promotes open government by providing every person with a right to request and receive federal agency records. 5 U.S.C. § 552(a)(3)(A).

12. In furtherance of its purpose to encourage open government, FOIA imposes strict deadlines on agencies to provide responsive documents. 5 U.S.C. § 552(a)(6)(A).

13. An agency must comply with a FOIA request by issuing a determination within **twenty business days after receiving the request**. 5 U.S.C. § 552(a)(6)(A)(i) (emphasis added).

14. The responsive determination "must at least inform the requester of the scope of the documents that the agency will produce, as well as the scope of the documents that the agency plans to withhold under any FOIA exemptions." *Citizens for Responsibility & Ethics in Wash. v. Fed. Election Comm'n*, 771 F.3d 180, 186 (D.C. Cir. 2013).

15. An agency may be entitled to **one ten-day extension** of time to respond to a request if it provides written notice to the requester explaining that "unusual circumstances" exist that warrant additional time. 5 U.S.C. § 552(a)(6)(B) (emphasis added).

16. An agency shall make available a FOIA public liaison to aid the requestor in limiting the scope of the request so that it may be processed within the statutory time limit. 5 U.S.C. § 552(a)(6)(B)(ii).

17. An agency must immediately notify the requester of its determination whether to comply with a request, and the reasons for it, and of the right of such person to appeal an adverse determination. 5 U.S.C. § 552(a)(6)(B)(ii).

18. The failure to comply with FOIA's timing requirements constitutes a constructive denial and satisfies the requester's requirement to exhaust administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

19. A Court may impose injunctive and declaratory relief for a violation of FOIA, including the failure to timely produce and respond to a request for records. 5 U.S.C. § 552(a)(4)(B).

## FACTUAL ALLEGATIONS

20. On July 21, 2023, Mr. Shafi electronically submitted a FOIA request to CBP.

21. Mr. Shafi requested the following:

- Copies of records maintained by U.S. Customs & Border Protection (CBP) related to Mr. Shafi's entries into the United States, including copies of Secondary Inspection Reports that mention Mr. Shafi.
- Copies of records related to Mr. Shafi in arrival/inspection databases maintained by CBP, including the Automated Biometric Identification System (IDENT) and the Advanced Passenger Information System (APIS).

22. CBP assigned Mr. Shafi a request number **CBP-FO-2023-112407**.

23. CBP acknowledged the FOIA request, but produced has not provided responsive documents.

24. The online status of Mr. Shafi's request shows that the request remains "pending."

25. Mr. Shafi has not received any further information from CBP's FOIA office.

26. The FOIA request has remained pending for twenty-two (22) months.

27. Defendant has constructively denied the request by failing to provide any substantive response within the statutory timeframe. 5 U.S.C. § 552(a)(6)(C)(i).

## FIRST CAUSE OF ACTION
### (Failure to Respond to Request Within Statutory Timeframe)

28. Plaintiff re-alleges and incorporates the information from the paragraphs above herein.

29. On July 21, 2023, Mr. Shafi electronically submitted a FOIA request to CBP.

30. Defendant has failed to respond to the requests within the statutorily mandated timeframe in violation of Mr. Shafi's rights under FOIA. 5 U.S.C. §§ 552(a)(6)(A)(i); 552(a)(6)(B).

31. Defendant's violation is capable of redress through an order to compel the Defendant to produce the records pertaining to Mr. Shafi.

## SECOND CAUSE OF ACTION
### (Failure to Produce Responsive Records)

32. Plaintiff re-alleges and incorporates the information from the paragraphs above herein.

33. Defendant failed to make timely and reasonable efforts to search for records responsive to the Plaintiff's FOIA request, in violation of Mr. Shafi's rights under FOIA. *See* 5

4

U.S.C. § 552(a)(3).

34. To date, Defendant has failed to disclose and produce any records responsive to the request as required. *See* 5 U.S.C. § 552(a)(3)(A).

35. Defendant acknowledged receipt of the FOIA request 22 months ago.

36. Defendant failed to search and disclose and produce records responsive to the request without a legal basis for withholding such records. *See* 5 U.S.C. §§ 552(a)(3)(A) and (6)(A).

37. Mr. Shafi is entitled to attorneys' fees and costs under 5 U.S.C. § 552(a)(4)(E).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

A. Expedite its consideration of this action pursuant to 28 U.S.C. § 1657;

B. Find that Defendant unlawfully failed to timely respond or disclose records pursuant to the FOIA request;

C. Order Defendant to search for and promptly disclose all records responsive to the the FOIA request within seven days of the Court's order;

D. Award the Plaintiff attorneys' fees and costs; and

E. Order any additional relief as the Court deems equitable and warranted.

May 20, 2025                               Respectfully Submitted,

*/s/ Jesse M. Bless*
JESSE M. BLESS (MA0020)
Bless Litigation LLC
6 Vineyard Lane
Georgetown, MA 01833
jesse@blesslitigation.com
781.704.3897
Attorney for Plaintiff