UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMOOR SHAFI,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>       Defendant. | Civil Action No. 25-1618 (LLA) |

## ANSWER

Defendant, U.S. Customs and Border Protection ("CBP" or "Defendant"), by and through undersigned counsel, respectfully submits the following Answer to the Complaint filed by Plaintiff Tamoor Shafi ("Plaintiff") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## RESPONSES TO THE NUMBERED PARAGRAPHS

Defendant responds below to the separately numbered paragraphs and prayer for relief contained in the Complaint. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to, or quotes from, external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.  Defendant responds to the Complaint in like-numbered paragraphs as follows.

    1.    This paragraph contains Plaintiff's description of this case to which no response is required.

2.  Admit.

3.  Admit.

4.  This paragraph contains a legal conclusion to which no response is required. To the extent a response may be deemed required, deny.

5.  This paragraph contains Plaintiff's description of this case to which no response is required.

## **PARTIES**

6.  Defendant lacks knowledge or information to form a belief as to the truth of the remaining allegations in this paragraph.

7.  Defendant admits that CBP is a component of the Department of Homeland Security (DHS). The remaining allegations in this paragraph consist of legal conclusions to which no response is required.

## **JURISDICTION AND VENUE**

8.  This paragraph contains conclusions of law to which no response is required. To the extent a response may be deemed required, Defendant admits that this Court has jurisdiction over properly stated claims under the FOIA, subject to the terms and limitations of the statute.

9.  This paragraph contains conclusions of law to which no response is required. To the extent a response may be deemed required, deny.

10. This paragraph contains a conclusion of law to which no response is required. To the extent a response is deemed required, Defendant admits that venue is proper in this District for a properly stated FOIA claim, subject to the terms and limitations of the statute.

## STATUTORY FRAMEWORK

11-19. Paragraphs 11 through 19 consist of legal conclusions to which no response is required. To the extent a response may be deemed required, Defendant respectfully refers the Court to the statute referenced in each paragraph for a complete and accurate statement of its contents, and denies all allegations in this paragraph inconsistent therewith.

## STATEMENT OF FACTS

20. Admit.

21. Defendant admits the allegations in Paragraph 21 to the extent they are supported by the underlying FOIA request. The request speaks for itself and is the best evidence of its contents. Defendant respectfully refers the Court to the request and denies the allegations to the extent they are inconsistent with the request.

22. Admit.

23. Defendant admits that it has not yet produced any nonexempt records that are responsive to Plaintiff's FOIA request.

24. Admit.

25. Defendant admits that Plaintiff's FOIA request is pending.

26. Admitted as of the filing of the Complaint.

27. This paragraph contains conclusions of law to which no response is required. To the extent a response may be deemed required, deny.

## FIRST CAUSE OF ACTION

28. Defendant incorporates its responses to Paragraphs 1 through 27 as if set forth fully herein.

29. Admit.

- 3 -

30.   This paragraph contains conclusions of law to which no response is required. To the extent a response may be deemed required, deny.

31.   This paragraph contains conclusions of law to which no response is required. To the extent a response may be deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## SECOND CAUSE OF ACTION

32.   Defendant incorporates its responses to Paragraphs 1 through 31 as if set forth fully herein.

33-34.   The allegations contained in Paragraphs 33 and 34 consist of legal arguments to which no response is required.

35.   Admitted as of the filing of the Complaint.

36-37.   The allegations contained in Paragraphs 36 through 37 consist of legal arguments and conclusions to which no response is required. To the extent a response may be deemed required, Defendant denies that Plaintiff is entitled to any relief whatsoever.

## PRAYER FOR RELIEF

The remainder of the Complaint, starting with "PRAYER FOR RELIEF," asserts Plaintiff's request for relief to which no response is required. To the extent that a response may be deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## ADDITIONAL AND OTHER DEFENSES

Defendant reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendant through the course of this litigation. Defendant does not assume the burden of proving any of

these defenses or elements thereof where, as a matter of law, the burden is properly placed on Plaintiff.

## FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA, 5 U.S.C. § 552, or the Privacy Act, 5 U.S.C. § 552a, where disclosure would cause foreseeable harm.

## SECOND DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief to the extent that they exceed the relief authorized by FOIA or the Privacy Act.

## THIRD DEFENSE

Plaintiff is neither eligible for nor entitled to attorney's fees or costs in this matter.

## FOURTH DEFENSE

At all times alleged in the Complaint, Defendant acted in good faith, with justification, and pursuant to authority.

## FIFTH DEFENSE

Defendant asserts that it has, or may have, additional defenses that are not known to Defendant at this time, but which may be ascertained during litigation. Defendant specifically preserves these and other affirmative defenses as they are ascertained during litigation, including those required by Fed. R. Civ. P. 8 and 12.

## SIXTH DEFENSE

Plaintiff's request fails to comply with the requirements of FOIA to the extent it fails to reasonably describe the records sought or presents an unreasonably burdensome effort upon Defendants to search for, review, redact, and release any responsive records.

| | |
|---|---|
| Dated: July 21, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br><br>By: */s/ Kimberly A. Stratton*<br>      KIMBERLY A. STRATTON<br>      P.A. Bar #327725<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      Ph: (202) 417-4216<br>      Email: kimberly.stratton@usdoj.gov<br><br>*Attorneys for the United States of America* |