UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAMOOR SHAFI,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>      Defendant. | Civil Action No. 25-1618 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 21, 2025, Plaintiff, Tamoor Shafi, and Defendant, United States Customs and Border Protection ("Defendant" or "CBP"), respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case:

1. This lawsuit involves Plaintiff's July 21, 2023 FOIA request seeking copies of records maintained by Defendant "related to Mr. Shafi's entries into the United States, including copies of Secondary Inspection Reports that mention Mr. Shafi" and "Copies of records related to Mr. Shafi in arrival/inspection databases maintained by CBP, including the Automated Biometric Identification System (IDENT) and the Advanced Passenger Information System (APIS)." Compl. ECF No. 1 at 3.

2. Defendant reports that it does not anticipate a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Defendant further reports that it continues to process Plaintiff's FOIA request but is unable to provide the anticipated number of records responsive to Plaintiff's FOIA request at this time. Defendant further reports that it anticipates releasing records responsive to Plaintiff's FOIA request on or about October 31, 2025.

3. The parties respectfully request that the Court allow a reasonable amount of time for Defendant to process Plaintiff's FOIA request and for the parties to confer after Defendant's anticipated production The parties respectfully propose filing another status report on or before November 17, 2025.

Dated: August 18, 2025
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kimberly A. Stratton*
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*

Dated: August 18, 2025

*/s/ Jesse M. Bless*
JESSE M. BLESS (MA0020)
Bless Litigation LLC
6 Vineyard Lane
Georgetown, MA 01833
jesse@blesslitigation.com
781.704.3897

*Attorney for Plaintiff*